

# Homelessness Taskforce

## Agenda

1. Introductions
2. Chairperson Statements
3. Purpose and Issue Statement
4. Housekeeping and meeting rules
5. Overview of the homelessness landscape in Montco
6. Overview of homeless program landscape
7. Brainstorm Activity to identify priorities and projects
8. Next Steps
9. Adjourn

# Introductions



**Please take a moment to introduce yourself in the Chat**

Please add your name and organization



**Chair Introductions**

Commissioner Ken Lawrence

Kim Krauter

Dr. Tamra Williams

# Purpose and Issue Statement



**Task Force Chair Statement**



**Purpose and Issue Statement**

Why are we forming this task force

What will the Task Force be doing

How will we accomplish our goals

• Operations Group

# Housekeeping

 Please remain on mute to minimize noise distraction through these meetings

 Please utilize the "raise hand" feature if you want to talk and we will call on you to speak

 You can type questions and comments into the "chat" and we will check periodically

 We will be utilizing Padlet as we work in small groups

https://padlet.com/jwalters94/montco-homelessness-task-force-i9u0yhec6yw2pou6

This link will be active even after this meeting for you to add content

 The meetings will be recorded

# Snapshot

The 2023 Point-In-Time Count was held Tuesday, January 24th

A total of 329 individuals experiencing homelessness were identified that evening

Sheltered persons (in emergency shelter or transitional housing): 215

Unsheltered persons (sleeping outside or in another place not meant for human habitation): 114



Location of Unsheltered Individuals found on the night of the PIT



PIT Count Survey Locations 2023

PIT Survey Locations
COUNT
- 1-2
- 3-4
- 5-7
- 8-12
- >12

| ZIP Code | FREQUENCY |
|----------|-----------|
| 19464 | 41 |
| 19401 | 36 |
| 19403 | 10 |
| 19446 | 9 |
| 19003 | 3 |
| 19454 | 3 |
| 19010 | 2 |

| ZIP Code | FREQUENCY |
|----------|-----------|
| 18932 | 1 |
| 18936 | 1 |
| 19001 | 1 |
| 19095 | 1 |
| 19096 | 1 |
| 19406 | 1 |
| 19440 | 1 |

0 1 2   4   6   8 Miles

# Snapshot - Disparities

- In Montgomery County, approximately 9.5% of the population is Black or African American, and 72.5% is White

- However, 48% of those found experiencing homelessness during the PIT were Black or African American, and 46% were White



Source: American Census Survey Data (2022)

# Homelessness Year-Round

Based on data reported during Fiscal Year 2022 (October 1, 2022 – September 30, 2022), the general trend shows there is an increased need for provider capacity in Montgomery County and that Your Way Home has encountered a much greater need in the community



*Data Source: HDX, FY2016-FY2022 System Performance Measures (SPM)*

# Homelessness Year-Round:
# Exiting Homelessness to Permanent Housing



*Data Source: HDX, FY2016-FY2022 System Performance Measures (SPM)*

# Unsheltered Homelessness Year-Round



# Homelessness Year-Round

In the last federal fiscal year (October 1, 2021 – September 30, 2022):

- 41% increase in people experiencing homelessness for the first time
- 33% increase in the unduplicated total sheltered persons enrolled in Emergency Shelter
- 42% increase in the number of people who exited Street Outreach

Additionally:

- 33% increase in children identified by schools as experiencing homelessness from 2018 – 2021
- 1,310 children identified by schools as experiencing homelessness in SY 20-21
  - Highest rates in Agora Cyber Charter, Norristown, North Penn, Pottstown

# Overview of the Homelessness Program Landscape in Montco

# Housing First: Definition

- Housing First is an approach to **quickly and successfully connect** individuals and families experiencing homelessness **to permanent housing without preconditions and barriers to entry**, such as sobriety, treatment or service participation requirements.

- Supportive services are **offered** to maximize housing stability and prevent returns to homelessness as opposed to addressing predetermined treatment goals prior to permanent housing strategy

- Housing First is <u>NOT</u> Housing Only

# Permanent Supportive Housing (PSH)



**Single Adult Beds/Units**

121
beds/units

**Family Beds and Units**

78
total beds

24
family units

Data Source: HDX, 2023 Housing Inventory Chart (HIC)

| PSH Providers | Beds | Units |
|---|---|---|
| 1260 Housing Corporation | 32 | 32 |
| Family Services Montgomery Co. | 84 | 50 |
| Hedwig House | 24 | 22 |
| HRC Keystone | 3 | 3 |
| HRC Pottstown | 16 | 13 |
| Salvation Army Norristown | 22 | 14 |
| Salvation Army Pottstown | 18 | 11 |

# Housing Choice Vouchers & Public Housing - Montgomery County Housing Authority

- At this time, the Montgomery County Housing Authority (MCHA) has all 2,500 housing choice vouchers (previously called "Section 8") under lease. The waitlist is currently closed, with approximately 400 households currently on it.

- There are 622 total Public Housing units across seven distinct sites in five municipalities. The waitlist for these units contains over 24,000 households.



There are approximately another 3,900 subsidized units across Montgomery County, privately owned, the majority of which are for seniors. These are all full, with their own waitlists that are anywhere from 2-20 years long.

# Rapid Re-Housing (RRH)





# Rapid Re-Housing (RRH)

Single Adult Beds/Units

**60** beds/units

Family Beds and Units

**237** total beds

**64** family units

Data Source: HDX, 2023 Housing Inventory Chart (HIC)

| RRH Providers | Beds | Units |
|---|---|---|
| HRC Carson Valley | 94 | 39 |
| HRC Keystone | 65 | 28 |
| HRC Pottstown | 99 | 41 |
| Valley Youth House | 37 | 14 |
| VMC | 2 | 2 |

# Homelessness Prevention

- **Eviction Prevention and Intervention Coalition (EPIC)**

- Provides free, limited legal representation + financial assistance and social services to tenants facing eviction in eight of the highest eviction-case Municipal District Courts in Montgomery County.

- Currently funded by ARPA for another 2 years.



# Emergency Shelter

Overflow: 51

Code Blue Beds: 54

Seasonal Beds: 55

Year-Round Single Adult Shelter Beds

**56**

Year-Round Family Shelter Beds

**106**
total beds

**31**
family units

**24**
DV beds



**Emergency Shelter Long Term Planning Study:**

RECOMMENDATIONS REPORT
DECEMBER 2018

# Homeless Outreach & Coordinated Entry

- Homeless Outreach provides safety & crisis services to those sleeping outside
- With no immediate shelter or housing availability, services are limited
- Works with the household to identify any resources that will divert them from having to sleep outside.
- Safety planning is a key function of Coordinated Entry and Outreach

Programs/Services

- Access Services
- Veterans Multi-Service Center
- Valley Youth House
- Critical Time Intervention (CTI)
- United Way SEPA 2-1-1 Call Center
- Community Connections Navicates

# Additional Supports through HHS to assist those experiencing homelessness

**Presumptive Eligibility**

- The Early Learning Resource Center (ELRC)

- 92-day period of eligibility for families experiencing homelessness

- Prioritized subsidized childcare funding for families experiencing homelessness provides immediate funding for childcare and allows them to bypass a low-income waitlist.

**Alternative Response/Housing Initiative (ARHI)**

- The office of Children and Youth

- Lack of stable housing remains in top 3 reasons for child welfare involvement and a contributing factor to child placements

- Available to families with a concrete need for housing-related assistance that come to our attention through ChildLine.

- ARHI funding has assisted OCY in helping families to address immediate housing or housing-related need and establish a plan to prevent further financial destabilization.

- Through ARHI, OCY is able to divert families from becoming active with the agency, avoid out of home placement of children, and facilitate reunification of children with their families.

- The program typically supports 200 families per year

# Additional Supports through HHS to assist those experiencing homelessness

The **Office of Veteran Affairs** conducts outreach and intensive case management for members of the veteran community who are homeless or at risk of homelessness.  Since 2019, they have worked with/assisted 188 members of the veteran community (which includes surviving spouses) on the street, living in their cars, living in places not fit for human habitation, or in a home facing eviction or foreclosure.

Their efforts are based on simple advocacy to:

(1) track those at risk of homelessness using the HMIS system Clarity (which is YWH's platform) as well as receiving information directly from the public.

(2) make referrals to providers such as YWH HRCs, VA providers, or pro bono legal services,

(3) Engage on behalf of members of the veteran community with landlords and family to provide understanding and safety nets, and

(4) manage their cases to ensure there are no disconnects between clients and providers (intensive case management).

# Mental Health Homeless Programs

- **Community Based Care Management and Subsidy Pilot**
  - Vigorous discharge planning and care coordination that promotes housing solutions for individuals in Acute Psychiatric Hospitals.  Includes access to a temporary apartment until a permanent housing solution is identified, as well as Rapid Rehousing funds.
  - 19 Individuals are currently enrolled in the program.
- **SOAR**
  - Program which helps "connect individuals and families to benefits that improve health, increase food security and economic stability through program eligibility determination, application assistance and utilization support"
  - 60 individuals served by MH HSBG funding

# Mental Health Homeless Programs

- **Justice Related Services (JRS)**—
  - Boundary spanning case management service that supports individuals with serious mental illness who are involved with the criminal justice system. Includes federal PATH grant that is targeted to serve individuals in MCCF who are homeless to transition into a safe place to live in the community.
  - 60 individuals served through PATH
- **Psychiatry**
  - Dedicated psychiatric time for evaluations to demonstrate medical necessity for individuals that are homeless to access benefits and higher levels of care.
  - 50 individuals served through MH HSBG

# Mental Health Homeless Prevention

- **Residential Programs**—HSBG funds-29 programs, 323 individuals
  - High levels of programming that provide personal care and intensive structured supports
  - Rehabilitative levels of care that assist individuals to build skills so that they can move to more independent living situations
  - Supportive living apartments that include services
- **Capital Units**—HealthChoices Reinvestment funds 24 units
  - Capital funds provided to low-income housing developers in return for 30-year agreements for several units for individuals who experience serious mental illness.
  - Additional units are in development phase.

# Breakout Groups



# Guided Brainstorm (Small Groups)

- Please use the Padlet to record your discussion
  - https://padlet.com/jwalters94/montco-homelessness-task-force-i9u0yhec6yw2pou6
- Each group will have a designated lead to guide discussion and make report outs
- Follow the lead's prompts through the brainstorm activity
  - Individual time to reflect on the question (5-7 minutes)
  - Record your thoughts on paper or on the Padlet
  - Share your thoughts to be recorded guided by your breakout lead (20 minutes)

# Breakout  (20 minutes)

- Question 1: ***What are the priorities or priority areas this task force should address in its work on homelessness in Montgomery County***

- Question 2: ***Are there specific projects or initiatives this task force can complete that would address homelessness issues in Montgomery County***
  - Projects and Initiatives should be:
    - **Specific**—Can you determine concrete steps for the project
    - **Measurable**—Some ability to measure results
    - **Attainable/Achievable**--Reasonable enough that they can be attained and completed with resources available
    - **Relevant/Impactful**—Outcomes of the project will address homelessness issues in Montgomery County
    - **Time Bound**—Project has an expected length of time and or end date for completion

- 5-7 minutes individual reflection
- 20 minutes group discussion to record suggestions

- Please use the Padlet to record all suggestions
  - https://padlet.com/jwalters94/montco-homelessness-task-force-i9u0yhec6yw2pou6

# Brainstorm Report Out

- What were some key priorities your group identified?

- What were some standout projects/initiatives that your group identified?

# Next Steps

The Padlet will remain open until Wednesday April 26th 4pm.  Please add any priorities or projects you may not have shared by this time.

- https://padlet.com/jwalters94/montco-homelessness-task-force-i9u0yhec6yw2pou6

A survey of the top priorities will be sent to all members by May 1st to identify the top priorities and projects prior to the next Task Force meeting

Identify staff for an operations group, the members of this group should have enough authority to make decisions and be able to dedicate time to this group

- Please send name and emails to Jim Walters James.walters@montgomerycountypa.gov

# Adjourn

**Closing Comments**

**Next Meeting Date and Time**

You will receive a Doodle Poll soon to determine next meeting date

**THANK YOU**