## **AFFIDAVIT OF ALFREDO BELTRAN**

1. My name is Alfredo Beltran and I am currently homeless.

2. I am over the age of eighteen (18) years old and legally competent to testify.

3. I have been experiencing homelessness since in or around 2022.

4. I live in a tent in a homeless encampment located along the Schuylkill River Trail adjacent to College Drive in Pottstown, PA.  I have lived there since in or around 2023.

5. I cannot afford housing because I am not working right now.

6. Living in a homeless encampment with other unhoused people provides me with greater safety and security, including protection from crime and theft.  It also offers me social connections and the ability to more easily access social services.

7. I was previously ordered to relocate on the following occasions:

    a. Around 2022, I was ordered to move from the former Flagg Factory site.

    b. Around 2022, I was ordered to leave from a different location near College Drive, Pottstown.

8. These previous relocations were difficult because many of my belongings were damaged, and I had to find somewhere else to live.

9. If there is a sweep of my encampment and I am forced to relocate, I would have to find another outdoor space in which to live because I have no other housing option immediately available to me right now.

10. I cannot obtain shelter housing because there is not any available to me right now.

11. Closing the encampment where I am living would make me less safe.  I would be at greater risk of crime and would lose the support I receive from other unhoused people at the encampment.

12. At the encampment, I have my tent, clothes, bedding, stove, heater, and electronics.

1

13. I am worried that I would lose or be separated from some or all of my property if I was forced to relocate.

14. I need my tent to stay sheltered. If my tent is taken away, I will be unprotected from the elements, including rain and cold weather.

15. I also need my bedding to have a place to sleep and clothing so that I can change my clothing and stay clean. If these items were taken away, I would have nothing to sleep on and no clothing beyond whatever I was wearing at the time.

16. I also need my heater to stay warm and my phone to stay in contact with social services.

17. On or around September 28, 2023, Officer Guth from the Pottstown Police Department told me that the Borough of Pottstown would be closing the encampment where I live in or around November or December 2023.

18. Officer Guth said that the reason that the Borough of Pottstown would be closing the encampment was to clear trees from Borough of Pottstown-owned land along the Schuylkill River Trail and to plant grass instead.

19. Officer Guth Officer did not offer me alternative shelter. He instead encouraged me to relocate to other outdoor spaces owned by entities other than the Borough of Pottstown.


I declare under the penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Alfredo Beltran                                   10-31-23
_____                  _____
Alfredo Beltran                                   Date