## AFFIDAVIT OF ~~DAVID~~ *Daniel* WANNER

1. My name is ~~David~~ *Daniel* Wanner and I am currently homeless.

2. I am over the age of eighteen (18) years old and legally competent to testify.

3. I have been experiencing homelessness since in or around November 2022.

4. I live in a tent in a homeless encampment located along the Schuylkill River Trail adjacent to College Drive in Pottstown, PA. I have lived there since in or around the summer of 2023.

5. I cannot afford housing because I cannot work due to a disability.

6. Living in a homeless encampment with other unhoused people provides me with greater safety and security, including protection from crime. It also offers me social connections and the ability to more easily access social services.

7. I was previously ordered to relocate twice from the site of the former Flagg Factory.

8. These previous relocations were difficult because it was hard to move my belongings and I lost belongings in the process.

9. If there is a sweep of my encampment and I am forced to relocate, I would have to find another outdoor space in which to live because I have no other housing option immediately available to me right now.

10. I cannot obtain shelter housing because there are not enough shelter spaces available.

11. Closing the encampment where I am living would make me less safe. I would be at greater risk of crime, and I would lose the support I receive from other unhoused people at the encampment. I would also be further from social services that I need.

12. At the encampment, I have my tent, clothes, family photographs, and bedding.

13. I am worried that I would lose or be separated from some or all of my property if I was forced to relocate.

1

14. I need my tent to stay sheltered. If my tent is taken away, I will be unprotected from the elements, including rain and cold weather.

15. I also need my bedding to have a place to sleep and clothing so that I can change my clothing and stay clean. If these items were taken away, I would have nothing to sleep on and no clothing beyond whatever I was wearing at the time.

I declare under the penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

_\[signature\]_         10-31-23
Daniel Wanner        Date

2