# NOTICE

# PRIVATE PROPERTY
# NO TRESPASSING
# NO LOITERING

You are **NOT** permitted to enter or use this property by vehicle or by foot for any reason (the area of land between the Schuylkill River Trail and the Schuylkill River in the Borough of Pottstown, identified as 150, 160 and 320 Keystone Boulevard), such as to erect a tent, encampment or other structure, or to otherwise live, sleep, stay or store belongings on this property after December 1, 2023.

For your personal safety, occupying this location is not permitted. This is private property of the Borough of Pottstown and is located in a floodway making it vulnerable to severe flooding during extreme weather that could endanger persons and property.

## RESOURCES

If you need help finding alternative shelter, storage, medical assistance, treatment or other resources, please call 211 or Montgomery County Mobile Crisis at 855-634-4673, 24 hours a day to speak to a trained, courteous and experienced professional who can connect you to resources and services.

30-day storage of non-hazardous personal items (such as tents, bedding, clothing, vital documents and personal property) will be provided by Pottstown Borough, if needed, and must be coordinated through 211 before December 1, 2023. Anything left on the property after December 2, 2023, will be deemed abandoned and disposed of permanently. Starting November 1, Beacon of Hope will have shelter spaces accessible, and they can be contacted through 211 for assistance.

NOTICE FIRST DISTRIBUTED ON: October 5, 2023, Revised October 13, 2023
NOTICE FIRST POSTED ON: October 5, 2023, Revised October 13, 2023

ANYONE ATTEMPTING TO REMOVE OR VANDALIZE THESE SIGNS MAY BE SUBJECT TO PROSECUTION