IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| ALFREDO BELTRAN; DANIEL WANNER; and BETTER DAYS AHEAD OUTREACH INC. | : : : | |
| | : | Case No. 2:23-cv-04234 |
| Plaintiffs, | : : | |
| | : | JURY TRIAL DEMANDED |
| vs. | : : | |
| BOROUGH OF POTTSTOWN, | : : | |
| Defendant. | | |

## MOTION TO EXCEED PAGE LIMIT

Plaintiffs Alfredo Beltran, Daniel Wanner, and Better Days Ahead Outreach, Inc., by and through their attorneys, respectfully seek to file a brief in support of their Motion for Preliminary Injunction that exceeds fifteen pages in length.  In support thereof, Plaintiffs state as follows:

1.      Plaintiffs filed a Complaint seeking declaratory and injunctive relief on November 1, 2023.  *See* Dkt. 1.

2.      On November 2, 2023, Plaintiffs moved for a preliminary injunction.  *See* Dkt. 4.

3.      In support thereof, Plaintiffs seek permission to file a brief in excess of fifteen pages.

4.      Plaintiffs seek this permission because Plaintiffs' Motion for Preliminary Injunction cuts to core factual and merits issues in this case.

5.      Without intervention from this Court, Defendant's proposed action challenged by Plaintiffs will take place on December 1, 2023.

6.      To ensure that the Court has all of the necessary factual and legal background to decide Plaintiffs' Motion for Preliminary Injunction before December 1, 2023, Plaintiffs seek to file a brief up to twenty-three pages in length.

1

7.      Due to the emergency nature of the relief requested, Plaintiffs' proposed brief is attached.

Respectfully submitted,

*/s/ Marielle Macher*                                    Date: Nov. 2, 2023
Marielle Macher, Esq.
Pa. Bar No. 318142
Daniel Vitek, Esq.
Pa. Bar No. 209013
Community Justice Project
118 Locust Street
Harrisburg, PA 17101
mmacher@cjplaw.org
dvitek@cjplaw.org
717-236-9486 x 214

*/s/ Carolyn E. Johnson*
Carolyn E. Johnson, Esq.
Pa. Bar. No. 49188
Charles Burrows, Esq.
Pa. Bar No. 331591
Lisa Whalen, Esq.
Pa. Bar No. 323530
Legal Aid of Southeastern PA
151 West Marshall Street, Building 1
Norristown, PA 19041
cjohnson@lasp.org
cburrows@lasp.org
lwhalen@lasp.org
877-429-5994

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| ALFREDO BELTRAN; DANIEL WANNER; and BETTER DAYS AHEAD OUTREACH INC. | : : : | |
| | : | Case No. 2:23-cv-04234 |
| Plaintiffs, | : | |
| | : | JURY TRIAL DEMANDED |
| vs. | : : | |
| BOROUGH OF POTTSTOWN, | : : | |
| Defendant. | | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2023, Plaintiffs' Motion to Exceed

Page Limit is granted.  Plaintiffs may file a brief in support of their Motion for Preliminary

Injunction that is up to twenty-three pages in length.

**BY THE COURT:**

_____

**J.**

## <u>CERTIFICATE OF SERVICE</u>

I, Marielle Macher, Esq. hereby certify that a true and correct copy of the foregoing

Motion to Exceed Page Limit was e-mailed to counsel for Defendant Borough of Pottstown at

the following contact information:

Charles D. Garner, Jr., Esq.
Wolf, Baldwin & Associates, P.C.
800 E. High St.
Pottstown, PA 19464-0444
cgarner@wolfbaldwin.com

Date: Nov. 2, 2023                          /s/ *Marielle Macher*
                                            Marielle Macher, Esq.
                                            PA Bar No. 318142
                                            Community Justice Project
                                            118 Locust Street
                                            Harrisburg, PA  17101
                                            (717) 236-9486
                                            mmacher@cjplaw.org

                                            *Plaintiff's Counsel*