AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pottstown Borough
was received by me on *(date)* 11/02/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Virginia Takach , who is
designated by law to accept service of process on behalf of *(name of organization)* Pottstown Borough
_____ on *(date)* 11/02/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/03/2023        *[signature]*
                        Server's signature

                        Lisa Whalen, Esq.
                        Printed name and title

                        Legal Aid of Southeastern Pennsylvania
                        933 N. Charlotte Street, 2-A
                        Pottstown, PA 19464
                        Server's address

Additional information regarding attempted service, etc: