IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFREDO BELTRAN, DANIEL WANNER, and BETTER DAYS AHEAD OUTREACH Inc. | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| BOROUGH OF POTTSTOWN | : | NO. 23-4234 |
| Defendant. | : | |

## ORDER SCHEDULING PRELIMINARY INJUNCTION HEARING

**AND NOW,** this 7th day of November, 2023, in consideration of Plaintiffs' Motion for Preliminary Injunction (ECF No. 4), it is hereby **ORDERED** that this matter is scheduled for an evidentiary hearing on **Thursday, November 16, 2023 at 10:00 A.M. in Courtroom 6-A.** Counsel for Plaintiff is directed to serve Defendant with this Order and file proof of service by Monday, November 13, 2023 via ECF.

BY THE COURT:

_____
Hon. Mia R. Perez