## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTER DAYS AHEAD OUTREACH, INC., et. al., | : : : |
| Plaintiffs, | : No. 2:23-CV-04234 |
| v. | : : JURY TRIAL DEMANDED |
| POTTSTOWN BOROUGH, | : |
| Defendant. | : |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearance of Sheryl L. Brown, Esquire, as lead counsel, on behalf of the Defendant, Borough of Pottstown, with regard to the above-captioned matter.

**SIANA LAW**

By:   */s/ Sheryl L. Brown*
Sheryl L. Brown, Esquire, I.D. #59313
Attorneys for Defendant, *Pottstown Borough*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500  (F): 610.321.0505
slbrown@sianalaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| BETTER DAYS AHEAD OUTREACH, INC., et. al., | : : : | |
| Plaintiffs, | : : | No. 2:23-CV-04234 |
| v. | : : | JURY TRIAL DEMANDED |
| POTTSTOWN BOROUGH, | : : | |
| Defendant. | : : | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the Entry of Appearance of Sheryl L. Brown, Esquire was served via electronic filing and/or electronic mail, addressed as indicated:

| | |
|---|---|
| Marielle Macher, Esquire | Carolyn E. Johnson, Esquire |
| Daniel Vitek, Esquire | Charles Burrows, Esquire |
| Community Justice Project | Lisa Whalen, Esquire |
| 118 Locust Street | Legal Aid of Southeastern PA |
| Harrisburg, PA 17101 | 151 West Marshall Street, Bldg 1 |
| | Norristown, PA 19041 |

**SIANA LAW**

Date: November 7, 2023          By:     */s/ Sheryl L. Brown*
Sheryl L. Brown, Esquire, I.D. #59313
Demetrios S. Mikelis, I.D. #331964
Attorneys for Defendant, *Pottstown Borough*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500  (F): 610.321.0505
slbrown@sianalaw.com
dsmikelis@sianalaw.com