UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTER DAYS AHEAD OUTREACH, INC., et. al., | : <br> : <br> : |
| Plaintiffs, | : No. 2:23-CV-04234 <br> : |
| v. | : <br> : JURY TRIAL DEMANDED |
| POTTSTOWN BOROUGH, | : <br> : |
| Defendant. | : <br> : |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

    Kindly enter the appearance of Demetrios S. Mikelis, Esquire, as counsel, on behalf of the Defendant, Borough of Pottstown, with regard to the above-captioned matter.

**SIANA LAW**

By:    ***/s/ Demetrios S. Mikelis***
        Demetrios S. Mikelis, Esquire, I.D. #59313
        Attorneys for Defendant, *Pottstown Borough*
        941 Pottstown Pike, Suite 200
        Chester Springs, PA 19425
        (P): 610.321.5500 (F): 610.321.0505
        dsmikelis@sianalaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTER DAYS AHEAD OUTREACH, INC., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> POTTSTOWN BOROUGH, <br><br> Defendant. | No. 2:23-CV-04234 <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the Entry of Appearance of Demetrios S. Mikelis, Esquire was served via electronic filing and/or electronic mail, addressed as indicated:

| | |
|---|---|
| Marielle Macher, Esquire <br> Daniel Vitek, Esquire <br> Community Justice Project <br> 118 Locust Street <br> Harrisburg, PA 17101 | Carolyn E. Johnson, Esquire <br> Charles Burrows, Esquire <br> Lisa Whalen, Esquire <br> Legal Aid of Southeastern PA <br> 151 West Marshall Street, Bldg 1 <br> Norristown, PA 19041 |

**SIANA LAW**

Date: November 7, 2023     By:     */s/ Demetrios S. Mikelis*
Demetrios S. Mikelis, I.D. #331964
Sheryl L. Brown, Esquire, I.D. #59313
Attorneys for Defendant, *Pottstown Borough*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500  (F): 610.321.0505
dsmikelis@sianalaw.com
slbrown@sianalaw.com