AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| ALFREDO BELTRAN, DANIEL WANNER, and BETTER DAYS AHEAD OUTREACH Inc.<br>*Plaintiffs*<br>v.<br>BOROUGH OF POTTSTOWN<br>*Defendant* | )<br>)<br>)  Case No.  2:23-cv-04234-MRP<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Alfredo Beltran, Daniel Wanner, and Better Days Ahead Outreach Inc.

Date:  11/07/2023

*[signature]*
*Attorney's signature*

Charles Burrows, #331591
*Printed name and bar number*

Legal Aid of Southeastern Pennsylvania
625 Swede Street
Norristown, PA 19401

*Address*

cburrows@lasp.org
*E-mail address*

(484) 209-0885
*Telephone number*

(610) 275-5406
*FAX number*