IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFREDO BELTRAN; DANIEL WANNER; and BETTER DAYS AHEAD OUTREACH INC.<br><br>   Plaintiffs,<br><br>vs.<br><br>BOROUGH OF POTTSTOWN,<br><br>   Defendant. | :<br>:<br>:<br>:  Case No. 2:23-cv-04234<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Marielle Macher, Esq. hereby certify that a true and correct copy of the Court's November 7, 2023 order was e-mailed and sent via first class mail to counsel for Defendant Borough of Pottstown at the following contact information:

Sheryl L. Brown, Esq.
Demetrios S. Mikelis, Esq.
Siana Law
941 Pottstown Pike, Ste. 200
Chester Springs, PA 19425
slbrown@sianalaw.com
dsmikelis@sianalaw.com

Date: Nov. 7, 2023

         /s/ *Marielle Macher*_____
         Marielle Macher, Esq.
         PA Bar No. 318142
         Community Justice Project
         118 Locust Street
         Harrisburg, PA  17101
         (717) 236-9486
         mmacher@cjplaw.org

         *Plaintiffs' Counsel*