AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                                   _____*Erica Briant*_____
                                                                                                                    *Attorney's signature*

                                                                                                    _____
                                                                                                                    *Printed name and bar number*

                                                                                                    _____
                                                                                                                                *Address*

                                                                                                    _____
                                                                                                                          *E-mail address*

                                                                                                    _____
                                                                                                                         *Telephone number*

                                                                                                    _____
                                                                                                                             *FAX number*