UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTER DAYS AHEAD OUTREACH, INC., et. al., | : <br> : <br> : |
| Plaintiffs, | : No. 2:23-CV-04234 <br> : |
| v. | : <br> : JURY TRIAL DEMANDED |
| POTTSTOWN BOROUGH, | : <br> : |
| Defendant. | : <br> : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

Kindly enter the appearance of Andrew M. Rongaus, Esquire, as lead counsel, on behalf of the Defendant, Borough of Pottstown, with regard to the above-captioned matter.

SIANA LAW

By: _/s/ Andrew M. Rongaus_

Andrew M. Rongaus, Esquire, I.D. #87423
Attorneys for Defendant, *Pottstown Borough*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500  (F): 610.321.0505
amrongaus@sianalaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| BETTER DAYS AHEAD OUTREACH, INC., et. al., : : : Plaintiffs, : : v. : : POTTSTOWN BOROUGH, : : Defendant. : | No. 2:23-CV-04234 <br><br> JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this day a true and correct copy of the Entry of Appearance of Andrew M. Rongaus, Esquire was served via electronic filing and/or electronic mail, addressed as indicated:

| | |
|---|---|
| Marielle Macher, Esquire <br> Daniel Vitek, Esquire <br> Community Justice Project <br> 118 Locust Street <br> Harrisburg, PA 17101 | Carolyn E. Johnson, Esquire <br> Charles Burrows, Esquire <br> Lisa Whalen, Esquire <br> Legal Aid of Southeastern PA <br> 151 West Marshall Street, Bldg 1 <br> Norristown, PA 19041 |

**SIANA LAW**

By: _____
Andrew M. Rongaus, Esquire, I.D. #87423
Attorneys for Defendant, *Pottstown Borough*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500  (F): 610.321.0505
amrongaus@sianalaw.com