IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **ALFREDO BELTRAN,** | : | CIVIL ACTION |
| **DANIEL WANNER, and** | : | |
| **BETTER DAYS AHEAD OUTREACH Inc.** | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **BOROUGH OF POTTSTOWN** | : | NO: 23-4234 |
| Defendant. | : | |

# ORDER

AND NOW, this 20th day of November, 2023, it is hereby ORDERED that Plaintiff Alfredo Beltran is DISMISSED for purposes of Plaintiff's Motion for Preliminary Injunction (ECF No. 4) because he is no longer residing in the College Drive Encampment at issue in the present case. As such, Mr. Beltran lacks standing to pursue the challenges presented in Plaintiff's motion. It is further ORDERED that Defendant's motion to dismiss Plaintiff Better Days Ahead Outreach Inc. ("Better Days Ahead") is DENIED. This Court finds that Better Days Ahead has organizational standing[1] to pursue claims for relief in this matter because Plaintiff has sufficiently demonstrated that Defendant's conduct will: 1) frustrate the organization's mission, and 2) require the organization to divert resources.[2]

BY THE COURT:

_____

Hon. Mia R. Perez

---

[1] See *Havens Realty Corp. v. Coleman*, 455 U.S. 363, 379 (1982).
[2] This Court heard uncontested testimony from Christopher Brickhouse, the executive director of Plaintiff Better Days Ahead, demonstrating that Defendant's plans to close the College Drive Encampment would frustrate Plaintiff's mission of providing supplies to unhoused Southeastern Pennsylvania residents and would force Plaintiff Better Days Ahead to divert resources by requiring it to spend time and energy relocating unhoused residents from the College Drive Encampment and replacing survival gear that will inevitably be lost or damaged when encampment members are forced to relocate.