UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTER DAYS AHEAD OUTREACH, INC., et al., | : : : | |
| Plaintiffs, | : : | No. 2:23-CV-04234 |
| v. | : : | |
| POTTSTOWN BOROUGH, | : : | JURY TRIAL DEMANDED |
| Defendant. | : : : | |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant Borough of Pottstown's Motion to Dismiss pursuant to Federal Rule 12(b)(6) and any response thereto, it is hereby **ORDERED** and **DECREED** that Pottstown's Motion is **GRANTED** and all claims against it are **DISMISSED, WITH PREJUDICE.**

BY THE COURT:

_____
The Honorable Mia R. Perez