UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTER DAYS AHEAD OUTREACH, INC., et al.<br><br>Plaintiff,<br><br>v.<br><br>POTTSTOWN BOROUGH,<br><br>Defendant. | No. 2:23-CV-04234<br><br>JURY TRIAL DEMANDED |

## CERTIFICATION OF DEFENSE COUNSEL

Pursuant to this Court's November 2, 2023 Order (ECF #3), the undersigned counsel certifies that the parties had verbal communications regarding Pottstown's intention to file a Motion to Dismiss pursuant to F.R.C.P 12(b)(6). As a result of those communications, no resolution was reached and Pottstown files its Motion to Dismiss.

Respectfully submitted,

**SIANA LAW**

By: */s/ Sheryl L. Brown*
Sheryl L. Brown, Esquire, I.D. #59313
Demetrios S. Mikelis, I.D. #331964
Attorneys for Defendant, *Pottstown Borough*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500  (F): 610.321.0505
slbrown@sianalaw.com
dsmikelis@sianalaw.com