UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1003

Alfredo Beltran, et al v. Borough of Pottstown

(U.S. District Court No.: 2-23-cv-04234)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 21, 2024
CLW/cc: Sheryl L. Brown, Esq.
        Charles L. Burrows, Esq.
        James P. Davy, Esq.
        Kimberly M. Dolan, Esq.
        Marielle R. Macher, Esq.
        Eric S. Tars, Esq.
        Mr. George V. Wylesol

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate