IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN ATWOOD,<br><br>*Plaintiff*,<br><br>v.<br><br>A-DEL CONSTRUCTION COMPANY, INC.,<br><br>*Defendant*. | Civil Action<br><br>No. 24-cv-1005 |

# ORDER

AND NOW, this 21st day of August, 2024, it is hereby **ORDERED** that within 7 days of the date of this Order, all parties shall file the disclosures required by Rule 7.1.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
MITCHELL S. GOLDBERG, J.

1