IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BETTER DAYS AHEAD OUTREACH INC. et al,** | : | **CIVIL ACTION NO.** |
| | : | |
| Plaintiffs, | : | |
| v. | : | 23-04234 |
| | : | |
| **BOROUGH OF POTTSTOWN,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 25th day of September, 2024, upon review of the outstanding motions in this matter, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 23) is denied as **MOOT**.

2. Defendant's Motion for Clarification (ECF No. 27) is denied as **MOOT**.

3. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 31) is denied as **MOOT**.

4. Defendant's Motion for Leave to File Supplemental Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 51) is **GRANTED**. The Clerk of Court shall file the Supplemental Memorandum of Law attached as Exhibit A to Defendant's motion.

BY THE COURT:

_____
HON. MIA R. PEREZ